UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

K.M. CONSTRUCTION                      CASE NO. 09-80717

Debtor(s)                                 CHAPTER 11

### *UNITED STATES TRUSTEE'S OBJECTION TO APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION*

NOW INTO COURT comes R. Michael Bolen, the United States Trustee ("UST") for Region 5, and objects to approval of the debtor's disclosure statement until agreed changes are made and objects to confirmation of the plan of reorganization and in support thereof states the following:

1.

The UST has requested amendments to the disclosure statement and the debtor has agreed to make the changes.

2.

In order to be confirmed, a plan must meet the requirements of Bankruptcy Code §1129, which includes the requirement that confirmation of the plan is not likely to be followed by the need for further financial reorganization.

3.

The UST has concerns about the feasibility of the plan of reorganization based on the allegation that K. M. Construction has not paid post petition taxes (see PACER #152, IRS Objection to Confirmation) and information in the debtor's monthly operating reports.

WHEREFORE, the United States Trustee prays that its Objection to Approval of Disclosure Statement and Confirmation of Plan of Reorganization be sustained and that the Debtor be required to amend its Disclosure Statement and that plan confirmation be denied, and for all other equitable

relief which may be just and proper under the circumstances.

Respectfully submitted,

R. MICHAEL BOLEN
United States Trustee
Region 5, Judicial Districts
      of Louisiana and Mississippi


By:/s/Gail Bowen McCulloch
GAIL BOWEN McCULLOCH

Gail Bowen McCulloch
Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3550
Facsimile no. (318) 676-3212
LA Bar no. 3337

## CERTIFICATE

I hereby certify that a copy of the above and foregoing **UNITED STATES TRUSTEE'S**

**OBJECTION TO APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF**

**PLAN OF REORGANIZATION**  has been either mailed by first class mail, postage prepaid, or

transmitted by CM/ECF to the following parties:

KM Construction, Inc.
3935 Hwy 457
Alexandria, LA 71302

Thomas R. Willson
P. O. Drawer 1630
Alexandria, LA 71309-1630

Mr. Stephen D. Wheelis
Wheelis & Rozanski
P. O. Box 13199
Alexandria, LA 71315-3199

Jon Ann Giblin
McGlinchey Stafford, PLLC
One American Place, 14th Floor
Baton Rouge, LA 70825

Scott R. Cheatham
Adams and Reese, LLP
4500 One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139

David C. McMillin, Esq. Bar No. 19053
Watson, McMillin & Harrison, LLP
P.O. Box 14415 (71207)
1881 Hudson Circle
Monroe, LA 71201

Stephen F. Chiccarelli
Breazeale, Sachse & Wilson, L.L.P.
23rd Floor, One American Place
P.O. Box 3197
Baton Rouge, LA 70821


DATE:          May 21, 2010

By:_  _/s/ Samantha Brown_____
Samantha Brown
Paralegal Specialist
Office of U.S. Trustee