UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: KM CONSTRUCTION, INC.                              CASE NO. 09-80717

MOTION FOR CONVERSION TO CHAPTER 7

NOW INTO COURT, through undersigned counsel, comes the above named debtor, who respectfully represents that:

1.

Mover filed a petition for relief under Chapter 11 of the Bankruptcy Code and now seeks a conversion of his case from Chapter 11 to one under Chapter 7.

2.

Debtor affirmatively, and under penalty of perjury, shows that his proposed plan was not confirmed, no additional debt was incurred, no additional assets acquired, nor were any additional executory contracts entered into after commencement of the case but prior to conversion.

3.

Debtor files in connection with this motion a Statement of Intentions as required by 11 U.S.C. 521 (2).

WHEREFORE DEBTOR PRAYS that his case be converted to one under Chapter 7.

LAW OFFICE OF,

/S/ THOMAS R. WILLSON
THOMAS R. WILLSON (#13546)
P. O. DRAWER 1630
ALEXANDRIA, LOUISIANA 71309
PHONE #(318) 442-8658

EXECUTED UNDER PENALTY OF PERJURY this _8th_ day of June, 2010, at Alexandria, Louisiana.

KEVIN MADDOX

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the above and foregoing Motion for Conversion has been provided to the ~~Chapter 11 Trustee~~ Office of U.S. Trustee, this _8th_ day of June, 2010.

/S/ THOMAS R. WILLSON
THOMAS R. WILLSON